**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

DAMARION BONDS

Plaintiff,

v

BOARD OF TRUSTEES FOR CENTRAL MICHIGAN UNIVERSITY,
ROCHESTER CHRISTIAN UNIVERSITY,
SCOTT E. SAMUELS, THOMAS H. IDEMA, JR.,
and MARY MARTINEZ,

Defendants.

Case No. 1:25-cv-10904
Hon. Robert J. White

_______________________________________/

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff DAMARION BONDS, by and through his attorneys, HAMMOUD, DAKHLALLAH AND ASSOCIATES, PLLC, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Defendants Motion for Summary Judgment; Denying Defendants Motion for Judgment on the Pleadings and Motion for Order to Appear Telephonically as Moot (ECF No. 47) and Judgment (ECF No. 48), entered in this action on May 18, 2026. Plaintiff appeals as of right the Court's final order and judgment dismissing Plaintiff's claims (See Order, ECF No. 47, PageID.1088). See also 28 U.S.C. § 1291.

Respectfully submitted,

Tarik D. Turfe (P83690)
Hammoud, Dakhlallah,
& Associates, PLLC
Attorney for Plaintiff
330 Town Center Ste 100
Dearborn, MI 48126
(313) 551-3038
tt@hdalawgroup.com

Dated: June 17, 2026

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2026, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

*/s/ Tarik D. Turfe*

Tarik D. Turfe, Esq.,